UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
DANIEL KEITH GALLAS

CASE NO. 05 B 04503

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor  
SSN XXX-XX-1990

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/10/05 and confirmed on 08/26/05.

2. The case was dismissed after confirmation, 09/14/2007.

3. The Debtor paid a total of $ 27310.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 31301.02 | .00 | 24930.20 |
| LAKE COUNTY COLLECTOR | PRIORITY | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3050.64 | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 4808.39 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 164.69 | .00 | .00 |
| IMPERIAL MERCHANT SRVS | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 10304.23 | .00 | .00 |
| HEIGHTS FINANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 9125.02 | .00 | .00 |
| FLORENCIA HERRARA & SON | UNSECURED | NOT FILED | .00 | .00 |
| CHICO'S LAWN SERV | UNSECURED | NOT FILED | .00 | .00 |
| GIAMETTA LANDSCAPING | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN SURG CARD | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 640.30 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | 1400.00 | .00 | 1131.86 |
| WILLOWCREEK COMM CHURCH | SECURED | .00 | .00 | .00 |
| JAQ CO | SECURED | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 32701.02 | 3050.64 | 25042.63 | .00 | 60794.29 |
| PRINCIPAL PAID | 26062.06 | .00 | .00 | .00 | 26062.06 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 26062.06 | .00 | .00 | .00 | 26062.06 |

The Debtor's attorney, ABS LEGAL SERVICES           , was allowed $       .00 and was paid $     .00 .

The Trustee received $  1247.94 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/07                    /S/
                                  GLENN STEARNS
                                CHAPTER 13 TRUSTEE